**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| **Dena Ann Krebs** | | |
| **DEBTOR** | : | **BKY. NO. 23-13872-pmm** |

O R D E R

  AND NOW, this _____ day of _____, 2024 upon consideration of Debtor's Application for an Extension of Time to file Chapter 13 Schedules.

  It is Ordered that the Motion is Granted. Debtor has until **1/19/2024** to file the necessary Schedules, Plan and Statement of Financial Affairs in the above captioned matter.

              By the Court:

              _____
              Hon. Patricia M. Mayer
              U.S. Bankruptcy Court Judge