**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                               :         CHAPTER  13
**Dena Ann Krebs**
      DEBTOR                                :         BKY. NO. 23-13872-pmm

O R D E R

AND NOW, this 8th day of January, 2024 upon consideration of Debtor's Application for an Extension of Time to file Chapter 13 Schedules.

It is Ordered that the Motion is Granted. Debtor has until **1/19/2024** to file the necessary Schedules, Plan and Statement of Financial Affairs in the above captioned matter.

By the Court:

*Patricia M. Mayer*

Hon.  Patricia M. Mayer
U.S. Bankruptcy Court Judge