Biweekly Regular 11/03/2023

## Pay Statement Preview

This pay statement has been finalized.

---

**#225 - Dena Krebs 09**  
Voucher #(3091)  
Type: Regular  
Pay Date: 11/03/2023  
Pay Period: 10/16/2023-10/29/2023

### Earnings

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| Bonu | | | | | 160.00 |
| Hol | | | 36.00 | | 756.45 |
| OT | 31.50 | 8.09 | 61.11 | 254.84 | 1,942.37 |
| Reg | 21.00 | 80.00 | 1661.38 | 1,680.00 | 34,988.06 |
| Sick | | | 18.00 | | 378.00 |
| Vac | | | 49.50 | | 1,039.50 |
| **Gross Pay** | | | | **1,934.84** | **39,264.38** |
| Hours Paid | | 88.09 | 1825.99 | | |

### Deductions

| | Current | YTD |
|---|---|---|
| 401K | 58.05 | 230.52 |
| EEPurchase | | 285.29 |
| PreDenVis | 8.00 | 192.00 |
| PreFSA | 25.00 | 550.00 |
| PreHealth | 70.00 | 1,736.00 |
| **Total** | **161.05** | **2,993.81** |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,773.79 | 36,555.86 | 88.55 | 1,656.73 |
| FICA | 1,831.84 | 36,786.38 | 113.57 | 2,280.75 |
| MEDI | 1,831.84 | 36,786.38 | 26.56 | 533.40 |
| SIT-PA | 1,831.84 | 36,786.38 | 56.24 | 1,129.35 |
| SUI-PA | 1,934.84 | 39,264.38 | 1.35 | 27.48 |
| Leacock, T | 1,831.84 | 36,786.38 | 21.07 | 423.06 |
| **Total** | | | **307.34** | **6,050.77** |

### Net Pay

| | | Current | YTD |
|---|---|---|---|
| | | **1,466.45** | **30,219.80** |
| Check | | 0.00 | 25,955.55 |
| Dena Krebs (3476) | | 1,466.45 | 4,264.25 |

### Company Paid Benefits

| | Current | YTD |
|---|---|---|
| 401K | 58.05 | 230.52 |
| PreDenVis | 12.26 | 36.78 |
| PreHealth | 221.00 | 663.00 |
| FUTA | | 42.00 |
| FICA | 113.57 | 2,280.77 |
| MEDI | 26.56 | 533.40 |
| SUTA-PA | | 141.88 |
| **Total** | **431.44** | **3,928.35** |

### Timesheet

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 10/16/2023 | | 08:03a | 04:41p | 8.63 |
| Tue, 10/17/2023 | | 06:53a | 03:42p | 8.82 |
| Wed, 10/18/2023 | | 07:01a | 03:26p | 8.42 |
| Thu, 10/19/2023 | | 07:52a | 04:53p | 9.02 |
| Fri, 10/20/2023 | | 07:54a | 04:57p | 9.05 |
| Mon, 10/23/2023 | | 07:01a | 04:59p | 8.77 |
| Tue, 10/24/2023 | | 07:53a | 04:44p | 8.85 |
| Wed, 10/25/2023 | | 07:00a | 02:50p | 7.83 |
| Thu, 10/26/2023 | | 06:04a | 03:56p | 9.87 |
| Fri, 10/27/2023 | | 07:52a | 04:42p | 8.83 |

### Tax Allowance Settings

**Federal:** Single/Married Filing Sep +25.00  
Form W4 2020 And Later: Yes  
Two Jobs: No  
Claim Dependent: $2,000.00  
Deduction: $0.00  
Other Income: $0.00

**Pennsylvania:** Allowances: 0

Stoltzfus Meats PO Box 375, Intercourse, PA 17534    1 of 2

---

**Stoltzfus Meats**  
PO Box 375  
Intercourse, PA 17534

| Pay Date: | 11/03/2023 |
|---|---|
| Voucher #: | (3091) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Dena Krebs | 1 | Checking | XXXXXXXXXX347231382241 | | 1,466.45 |

09  225  11/03/2023  (3091)

**Dena Krebs**  
20 Jade Drive  
Lititz, PA 17543

Non-Negotiable - This Is Not A Check

---

**Stoltzfus Meats**  
PO Box 375

Biweekly Regular 11/17/2023

# Pay Statement Preview

 This pay statement has been finalized. 

**#225 - Dena Krebs**
09

Voucher #(3271)
Type: Regular

Pay Date: 11/17/2023
Pay Period: 10/30/2023-11/12/2023

### Earnings

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| Bonu | | | | | 160.00 |
| Hol | | | 36.00 | | 756.45 |
| OT | 31.50 | 7.26 | 68.37 | 228.69 | 2,171.06 |
| Reg | 21.00 | 75.87 | 1737.25 | 1,593.27 | 36,581.33 |
| Sick | | | 18.00 | | 378.00 |
| Vac | | | 49.50 | | 1,039.50 |
| **Gross Pay** | | | | **1,821.96** | **41,086.34** |
| Hours Paid | | 83.13 | 1909.12 | | |

### Deductions

| | Current | YTD |
|---|---|---|
| 401K | 54.66 | 285.18 [1] |
| EEPurchase | 10.83 | 296.12 |
| PreDenVis | 8.00 | 200.00 [2] |
| PreFSA | 25.00 | 575.00 [2] |
| PreHealth | 70.00 | 1,806.00 [2] |
| **Total** | **168.49** | **3,162.30** |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,664.30 | 38,220.16 | 75.41 | 1,732.14 |
| FICA | 1,718.96 | 38,505.34 | 106.58 | 2,387.35 |
| MEDI | 1,718.96 | 38,505.34 | 24.93 | 558.33 |
| SIT-PA | 1,718.96 | 38,505.34 | 52.77 | 1,182.12 |
| SUI-PA | 1,821.96 | 41,086.34 | 1.28 | 28.76 |
| Leacock, T | 1,718.96 | 38,505.34 | 19.77 | 442.83 |
| **Total** | | | **280.74** | **6,331.51** |

### Net Pay

| | | Current | YTD |
|---|---|---|---|
| | | 1,372.73 | 31,592.53 |
| Check | | 0.00 | 25,955.55 |
| Dena Krebs (3476) | | 1,372.73 | 5,636.98 |

### Company Paid Benefits

| | Current | YTD |
|---|---|---|
| 401K | 54.66 | 285.18 [1] |
| PreDenVis | 12.26 | 49.04 [2] |
| PreHealth | 221.00 | 884.00 [2] |
| FUTA | | 42.00 |
| FICA | 106.58 | 2,387.35 |
| MEDI | 24.93 | 558.33 |
| SUTA-PA | | 141.88 |
| **Total** | **419.43** | **4,347.78** |

### Timesheet

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 10/30/2023 | | 07:01a | 03:56p | 8.92 |
| Tue, 10/31/2023 | | 07:01a | 03:18p | 6.38 |
| Wed, 11/01/2023 | | 07:54a | 04:41p | 8.78 |
| Thu, 11/02/2023 | | 06:09a | 03:46p | 9.62 |
| Fri, 11/03/2023 | | 07:11a | 03:21p | 7.78 |
| Sun, 11/05/2023 | | 10:31a | 04:18p | 5.78 |
| Mon, 11/06/2023 | | 07:47a | 04:47p | 9.00 |
| Mon, 11/06/2023 | | 07:15p | 07:37p | 0.37 |
| Tue, 11/07/2023 | | 07:45a | 04:34p | 8.82 |
| Wed, 11/08/2023 | | 07:56a | 04:46p | 8.83 |
| Thu, 11/09/2023 | | 07:56a | 04:47p | 8.85 |

### Tax Allowance Settings

Federal: Single/Married Filing Sep. +25.00
Form W4 2020 And Later: Yes
Two Jobs: No
Claim Dependent: $2,000.00
Deduction: $0.00
Other Income: $0.00

Pennsylvania: Allowances: 0

Stoltzfus Meats PO Box 375, Intercourse, PA 17534    1 of 2

---

**Stoltzfus Meats**
PO Box 375
Intercourse, PA 17534

| Pay Date: | 11/17/2023 |
|---|---|
| Voucher #: | (3271) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Dena Krebs | 1 | Checking | XXXXXXXXXX347031382241 | | 1,372.73 |

09  225  11/17/2023  (3271)

**Dena Krebs**
20 Jade Drive
Lititz, PA 17543

Non-Negotiable - This Is Not A Check

**Stoltzfus Meats**
PO Box 375

**#225 - Dena Krebs**    Voucher #(3450)    Pay Date: 12/01/2023
09    Type: Regular    Pay Period: 11/13/2023-11/26/2023

### Earnings

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| Bon | | | | | 160.00 |
| Hol | 21.00 | 9.00 | 45.00 | 189.00 | 945.45 |
| OT | 31.50 | 5.60 | 73.97 | 176.40 | 2,347.46 |
| Reg | 21.00 | 70.17 | 1807.42 | 1,473.57 | 38,054.90 |
| Sick | | | 18.00 | | 378.00 |
| Vac | | | 49.50 | | 1,039.50 |
| **Gross Pay** | | | | **1,838.97** | **42,925.31** |
| Hours Paid | | 84.77 | 1993.89 | | |

### Company Paid Benefits

| | Current | YTD |
|---|---|---|
| 401K | 55.17 | 340.35 [1] |
| PreDenVis | 12.26 | 61.30 [2] |
| PreHealth | 221.00 | 1,105.00 [2] |
| FUTA | | 42.00 |
| FICA | 107.63 | 2,494.98 |
| MEDI | 25.17 | 583.50 |
| SUTA:PA | | 141.88 |
| **Total** | **421.23** | **4,769.01** |

### Deductions

| | Current | YTD |
|---|---|---|
| 401K | 55.17 | 340.35 [1] |
| EEPurchase | 10.10 | 306.22 |
| PreDenVis | 8.00 | 208.00 [2] |
| PreFSA | 25.00 | 600.00 [2] |
| PreHealth | 70.00 | 1,876.00 [2] |
| **Total** | **168.27** | **3,330.57** |

### Timesheet

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 11/13/2023 | | 08:00a | 04:55p | 8.92 |
| Tue, 11/14/2023 | | 07:45a | 04:50p | 9.08 |
| Wed, 11/15/2023 | | 07:56a | 04:51p | 8.92 |
| Thu, 11/16/2023 | | 06:35a | 04:34p | 9.98 |
| Fri, 11/17/2023 | | 07:01a | 03:43p | 8.70 |
| Mon, 11/20/2023 | | 07:53a | 04:21p | 8.47 |
| Tue, 11/21/2023 | | 07:46a | 04:19p | 8.55 |
| Wed, 11/22/2023 | | 08:23a | 04:42p | 8.32 |
| Thu, 11/23/2023 | Holiday | | | 9.00 |
| Fri, 11/24/2023 | | 07:45a | 12:27p | 4.70 |
| Sat, 11/25/2023 | | 04:41p | 04:49p | 0.13 |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,680.80 | 39,900.96 | 77.39 | 1,809.53 |
| FICA | 1,735.97 | 40,241.31 | 107.63 | 2,494.96 |
| MEDI | 1,735.97 | 40,241.31 | 25.17 | 583.50 |
| SIT:PA | 1,735.97 | 40,241.31 | 53.29 | 1,235.41 |
| SUI:PA | 1,838.97 | 42,925.31 | 1.29 | 30.05 |
| Leacock | 1,735.97 | 40,241.31 | 19.96 | 462.79 |
| **Total** | | | **284.73** | **6,616.24** |

### Tax Allowance Settings

Federal: Single/Married Filing Sep. +25.00
Form W4 2020 And Later: Yes
Two Jobs: No
Claim Dependent: $2,000.00
Deduction: $0.00
Other Income: $0.00

Pennsylvania: Allowances: 0

### Net Pay

| | Current | YTD |
|---|---|---|
| **Net Pay** | **1,385.97** | **32,978.50** |
| Check | 0.00 | 25,955.55 |
| Dena Krebs (3476) | 1,385.97 | 7,022.95 |

Stoltzfus Meats PO Box 375, Intercourse, PA 17534    1 of 2

---

**Stoltzfus Meats**
PO Box 375
Intercourse, PA 17534

| Pay Date: | 12/01/2023 |
|---|---|
| Voucher #: | (3450) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Dena Krebs | 1 | Checking | XXXXXXXXXX3476 | 231382241 | 1,385.97 |

09 225 12/01/2023 (3450)

**Dena Krebs**
20 Jade Drive
Lititz, PA 17543

**Non-Negotiable - This Is Not A Check**

**Stoltzfus Meats**
PO Box 375
Intercourse, PA 17534