| #225 - Dena Krebs | | | | | Voucher #(3635) | | Pay Date: 12/15/2023 |
|---|---|---|---|---|---|---|---|
| 09 | | | | | Type: Regular | | Pay Period: 11/27/2023-12/10/2023 |

**Earnings**

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| Bon | | | | | 160.00 |
| Hol | | | 45.00 | | 945.45 |
| OT | 31.50 | 25.12 | 99.09 | 791.28 | 3,138.74 |
| Reg | 21.00 | 80.00 | 1887.42 | 1,680.00 | 39,734.90 |
| Sick | | | 18.00 | | 378.00 |
| Vac | | | 49.50 | | 1,039.50 |
| **Gross Pay** | | | | **2,471.28** | **45,396.59** |
| Hours Paid | | 105.12 | 2099.01 | | |

**Company Paid Benefits**

| | Current | YTD | |
|---|---|---|---|
| 401K | 74.14 | 414.49 | [1] |
| PreDenVis | 12.26 | 73.56 | [2] |
| PreHealth | 221.00 | 5,605.57 | [2] |
| FUTA | | 42.00 | |
| FICA | 146.83 | 2,641.81 | |
| MEDI | 34.34 | 617.84 | |
| SUTA:PA | | 141.88 | |
| **Total** | **488.57** | **9,537.15** | |

**Deductions**

| | Current | YTD | |
|---|---|---|---|
| 401K | 74.14 | 414.49 | [1] |
| EEPurchase | 55.24 | 361.46 | |
| PreDenVis | 8.00 | 216.00 | [2] |
| PreFSA | 25.00 | 625.00 | [2] |
| PreHealth | 70.00 | 1,946.00 | [2] |
| **Total** | **232.38** | **3,562.95** | |

**Timesheet**

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 11/27/2023 | | 07:41a | 04:11p | 8.50 |
| Tue, 11/28/2023 | | 07:36a | 04:49p | 9.22 |
| Wed, 11/29/2023 | | 07:42a | 04:51p | 9.15 |
| Thu, 11/30/2023 | | 06:11a | 04:55p | 10.73 |
| Fri, 12/01/2023 | | 07:19a | 04:36p | 7.51 |
| Sat, 12/02/2023 | | 08:16a | 01:20p | 5.07 |
| Mon, 12/04/2023 | | 06:12a | 04:20p | 10.13 |
| Tue, 12/05/2023 | | 06:33a | 04:47p | 10.23 |
| Wed, 12/06/2023 | | 06:10a | 04:16p | 10.10 |
| Thu, 12/07/2023 | | 06:20a | 04:17p | 9.95 |
| Fri, 12/08/2023 | | 07:14a | 04:14p | 9.00 |
| Sat, 12/09/2023 | | 07:59a | 01:31p | 5.53 |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 2,294.14 | 42,195.10 | 155.11 | 1,964.64 |
| FICA | 2,368.28 | 42,609.59 | 146.83 | 2,641.79 |
| MEDI | 2,368.28 | 42,609.59 | 34.34 | 617.84 |
| SIT:PA | 2,368.28 | 42,609.59 | 72.71 | 1,308.12 |
| SUI:PA | 2,471.28 | 45,396.59 | 1.73 | 31.78 |
| Leacock, | 2,368.28 | 42,609.59 | 27.24 | 490.03 |
| **Total** | | | **437.96** | **7,054.20** |

**Tax Allowance Settings**

Federal: Single/Married Filing Sep. +25.00
Form W4 2020 And Later: Yes
Two Jobs: No
Claim Dependent: $2,000.00
Deduction: $0.00
Other Income: $0.00
Pennsylvania: Allowances: 0

| **Net Pay** | | **1,800.94** | **34,779.44** |
|---|---|---|---|
| Check | | 0.00 | 25,955.55 |
| Dena Krebs (3476) | | 1,800.94 | 8,823.89 |

Stoltzfus Meats PO Box 375, Intercourse, PA 17534    1 of 2

---

**Stoltzfus Meats**
PO Box 375
Intercourse, PA 17534

| Pay Date: | 12/15/2023 |
|---|---|
| Voucher #: | (3635) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Dena Krebs | 1 | Checking | XXXXXXXXXX3476 | 231382241 | 1,800.94 |

09  225  12/15/2023  (3635)

**Dena Krebs**
20 Jade Drive
Lititz, PA 17543

**Non-Negotiable - This Is Not A Check**

**Stoltzfus Meats**
PO Box 375
Intercourse, PA 17534

09  225  12/15/2023  (3635)

**Dena Krebs**
20 Jade Drive
Lititz, PA 17543

**Personal & Confidential**

| #225 - Dena Krebs | Voucher #(3635) | Pay Date: 12/15/2023 |
| 09 | Type:Regular | Pay Period: 11/27/2023-12/10/2023 |

1 Reduces your Federal & State Withholding Taxable Wage
2 Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
3 For Information purposes only. No effect on your net pay.

Stoltzfus Meats PO Box 375, Intercourse, PA 17534                    2 of 2

**Stoltzfus Meats**
PO Box 375
Intercourse, PA 17534

09   225   12/15/2023   (3635)

**Dena Krebs**
20 Jade Drive
Lititz, PA 17543

**Stoltzfus Meats**
PO Box 375
Intercourse, PA 17534

09   225   12/15/2023   (3635)

**Dena Krebs**
20 Jade Drive
Lititz, PA 17543

**Personal & Confidential**