United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 23-13872-pmm
Dena Ann Krebs  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3
Date Rcvd: Mar 20, 2024      Form ID: 152      Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Dena Ann Krebs, 20 Jade Dr, Lititz, PA 17543-8282 |
| 14843021 | | Borough of Lititz Tax Collections Department, 7 S Broad St, Lititz, PA 17543-1448 |
| 14843022 | + | Central Loan Admin & Reporting, Attn: Bankruptcy 194 Wood Ave South. Nin, Iselin, NJ 08830-2710 |
| 14843023 | | Fifth Third Bank, Attn: Bankruptcy Maildrop RCS83E 1830 E, Grand Rapids, MI 49546 |
| 14845073 | + | Lakeview Loan Servicing, LLC, C/O Michael Farrington, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14843032 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14843036 | + | Warwick School District, 301 W Orange St, Lititz, PA 17543-1898 |
| 14843037 | | Warwick School District Tax Collector, Po Box 4333, Lancaster, PA 17604-4333 |
| 14843038 | | WellSpan Health, Attn: Patient Billing, Po Box 645734, Cincinnati, OH 45264-5734 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Mar 21 2024 00:37:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 21 2024 00:37:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14843018 | | Email/Text: bncnotifications@pheaa.org | Mar 21 2024 00:37:00 | AES, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14843019 | | Email/Text: bncnotifications@pheaa.org | Mar 21 2024 00:37:00 | AES/PHEAA, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14843020 | | Email/Text: BarclaysBankDelaware@tsico.com | Mar 21 2024 00:37:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 14843024 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 21 2024 00:37:00 | Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 14843025 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 21 2024 00:37:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14856533 | ^ | MEBN | Mar 21 2024 00:28:22 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14843026 | + | Email/Text: compliance@lctcb.org | Mar 21 2024 00:37:00 | Lancaster County Tax Collection Bureau, 1845 William Penn Way, Lancaster, PA 17601-4097 |
| 14843027 | | Email/Text: camanagement@mtb.com | Mar 21 2024 00:37:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 14852444 | | Email/PDF: pa_dc_claims@navient.com | Mar 21 2024 00:43:59 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14843028 | | Email/PDF: pa_dc_claims@navient.com | Mar 21 2024 00:57:00 | Navient, Attn: Bankruptcy, PO Box 9640, |

Case 23-13872-pmm  Doc 22  Filed 03/22/24  Entered 03/23/24 00:29:59  Desc Imaged
Certificate of Notice  Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 20, 2024 | Form ID: 152 | Total Noticed: 30 |

| | | | | |
|---|---|---|---|---|
| | | | | Wilkes-Barr, PA 18773-9640 |
| 14843029 | + | Email/PDF: pa_dc_claims@navient.com | Mar 21 2024 00:44:47 | Navient, Attn: Bankruptcy, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 14843030 | | Email/Text: fesbank@attorneygeneral.gov | Mar 21 2024 00:37:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14859251 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 21 2024 00:45:22 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14843031 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 21 2024 00:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14843033 | + | Email/Text: bankruptcy@bbandt.com | Mar 21 2024 00:37:00 | Truist Bank, Attn: Bankruptcy, 214 N Tryon St, Charlotte, NC 28202-2374 |
| 14843721 | + | Email/Text: bankruptcy@bbandt.com | Mar 21 2024 00:37:00 | Truist Bank, Attn: Support Services, PO Box 85092, Richmond, VA 23285-5092 |
| 14843034 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 21 2024 00:37:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14843035 | ^ | MEBN | Mar 21 2024 00:28:18 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14850306 | | Email/Text: bankruptcynotification@wellspan.org | Mar 21 2024 00:37:00 | Wellspan Health, P O Box 15119, York, PA 17405-7119 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2024          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2024 at the address(es) listed below:**

**Name**            **Email Address**

MICHAEL A. CIBIK
    on behalf of Debtor Dena Ann Krebs help@cibiklaw.com
    noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor LAKEVIEW LOAN SERVICING LLC mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 20, 2024 | Form ID: 152 | Total Noticed: 30 |

United States Trustee
                USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Dena Ann Krebs

    Debtor(s)                                        Case No: 23−13872−pmm

                                                     Chapter: 13

_____

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Patricia M. Mayer

, United States Bankruptcy Court 5/16/24 at 10:00 AM , in Zoom. For Zoom link, see the current, Hearing Calendar for the Judge on the, Court website

                                                    For The Court

                                                    Timothy B. McGrath
                                                    Clerk of Court