## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Dena Ann Krebs | | CHAPTER 13 |
| | Debtor(s) | |
| Lakeview Loan Servicing, LLC | | |
| | Movant | |
| vs. | | NO. 23-13872 PMM |
| Dena Ann Krebs | | |
| | Debtor | |
| Mark F. Krebs | | |
| | Co-Debtor | |
| Scott F. Waterman | | 11 U.S.C. Section 362 and 1301 |
| | Trustee | |

**MOTION OF Lakeview Loan Servicing, LLC**
**FOR RELIEF FROM THE AUTOMATIC STAY**
**UNDER SECTION 362 and 1301**

1. Movant is Lakeview Loan Servicing, LLC.

2. Debtor and Mark F. Krebs, Co-debtor, are the owner(s) of the premises 135 Washington Ave, Ephrata, PA 17522, hereinafter referred to as the mortgaged premises.

3. Movant is the holder of a mortgage, original principal amount of $108,997.00 on the mortgaged premises that was executed by Debtor and Co-Debtor as co-mortgagors on September 2, 2016. The mortgage has been assigned as follows: Assigned to Lakeview Loan Servicing, LLC on August 19, 2021, recorded in Lancaster County on August 20, 2021, Instrument Number 6626029.

4. Scott F. Waterman is the Trustee appointed by the Court.

5. The commencement and/or continuation of the mortgage foreclosure proceedings by reason of non-payment of monthly mortgage payments were stayed by the filing of a Chapter 13 Petition in Bankruptcy by the Debtor(s).

6. Co-Debtor, Mark F. Krebs, who has not filed for Bankruptcy in this case, is liable on the mortgage loan secured by the aforesaid mortgage together with the Debtor.

7. Debtor and Co-Debtor have failed to make the monthly post-petition mortgage payments in the amount of $773.22 for the month of June 2024.

8. The amount necessary to payoff the loan as of June 6, 2024, is $103,769.72.

9. According to the Chapter 13 Plan filed by the Debtor on January 15, 2024 the subject property 135 Washington Ave, Ephrata, PA 17522 is being surrendered.

10. In addition to the other amounts due to Movant reflected in this Motion, as of the date hereof, in connection with seeking the relief requested in this Motion, Movant has also incurred legal fees and legal costs. Movant reserves all rights to seek an award or allowance of such fees and expenses in accordance with applicable loan documents and related agreements, the Bankruptcy Code and otherwise applicable law.

11. The total amount necessary to reinstate the loan post-petition is $773.22.

12. Movant is entitled to relief from stay for cause.

13. This motion and the averments contained therein do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this motion, including fees and costs, due under the terms of the mortgage and applicable law.

WHEREFORE, Movant prays that an Order be entered modifying the Stay and permitting Movant to proceed with its mortgage foreclosure on the mortgaged premises, and to allow the Sheriff's Grantee to take any legal action to enforce its right to possession of the mortgage premises. Further, Movant prays that an Order be entered awarding Movant the costs of this suit, reasonable attorney's fees in accordance with the mortgage document and current law together with interest.

/s/ Denise Carlon
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Phone: (215) 627-1322 Fax: (215) 627-7734
Attorneys for Movant/Applicant