UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re:  |  | Chapter 13 |
|---|---|---|
| Dena Ann Krebs |  | Bankruptcy No.23-13872-PMM |
| Debtor |  |  |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 3rd day of July, 2024, by first class mail upon those listed below:

Dena Ann Krebs
20 Jade Dr
Lititz, PA  17543-8282

**Electronically via CM/ECF System Only:**

CIBIK LAW, PC
% MICHAEL A CIBIK ESQ
1500 WALNUT STREET STE 900
PHILADELPHIA, PA  19102

/s/ Kristen Gliem
_____
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee