## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dena Ann Krebs<br>　　　　　　　　　　Debtor(s)<br><br>Lakeview Loan Servicing, LLC<br>　　　　　　　Movant<br>　　　vs.<br><br>Dena Ann Krebs<br>　　　　　　　　　　Debtor<br>Mark F. Krebs<br>　　　　　　　　　　Co-Debtor<br><br>Scott F. Waterman<br>　　　　　　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 23-13872 PMM<br><br><br><br>11 U.S.C. Section 362 and 1301 |

### ORDER

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 and 1301 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and the Co-Debtor Stay of Section 1301 of the Bankruptcy Code, is modified with respect to the subject premises located at 135 Washington Ave, Ephrata, PA 17522 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

*Patricia M. Mayer*

**Date: July 9, 2024**

Hon. Patricia M. Mayer
United States Bankruptcy Judge.