| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 23-13872-PMM

| | |
|---|---|
| Dena Ann Krebs | Petition Filed Date: 12/22/2023 |
| 20 Jade Dr | 341 Hearing Date: 03/12/2024 |
| Lititz  PA    17543-8282 | Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/23/2024 | $150.00 | | 02/23/2024 | $150.00 | | 03/22/2024 | $150.00 | |
| 04/22/2024 | $150.00 | | 05/22/2024 | $150.00 | | 06/25/2024 | $150.00 | |
| 07/22/2024 | $150.00 | | | | | | | |

**Total Receipts for the Period: $1,050.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $1,200.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | TRUIST BANK - DDA RECOVERY<br>»» 001 | Unsecured Creditors | $1,315.71 | $0.00 | $0.00 |
| 2 | WELLSPAN<br>»» 002 | Unsecured Creditors | $505.40 | $0.00 | $0.00 |
| 3 | NAVIENT SOLUTIONS LLC<br>»» 003 | Unsecured Creditors | $79,288.25 | $0.00 | $0.00 |
| 4 | M&T BANK<br>»» 004 | Mortgage Arrears | $319.21 | $0.00 | $0.00 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $8,903.78 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-13872-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,200.00 | Current Monthly Payment: | $150.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $120.00 | Total Plan Base: | $9,000.00 |
| Funds on Hand: | $1,080.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.