UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                          Chapter 13

      Dena Ann Krebs

                                          Bankruptcy No. 23-13872-PMM

                Debtor

## TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1.      Your Movant is Scott F. Waterman, Esq. the duly qualified and acting Chapter 13 Trustee in the above-captioned case.

2.      The within case was commenced by the filing of a Chapter 13 petition on 12/22/2023.

3.      This Motion to Dismiss has been filed for the following reason(s):

- There has been unreasonable delay as defined by 11 U.S.C Section 1307(c)(1) by the above-captioned Debtor(s).

      WHEREFORE, Scott F. Waterman, Esq., Standing Chapter 13 Trustee,  requests that the Court, after a hearing, enter an Order dismissing this case.

Date: 10/03/2024                     Respectfully submitted,

                                    */s/ Rolando Ramos, Esq.*
                                      Rolando Ramos, Esq.
                                      for
                                      Scott F. Waterman, Esq.
                                        Standing Chapter 13 Trusteee
                                        2901 St. Lawrence Avenue, Suite 100
                                      Reading, PA  19606
                                      Telephone: (610) 779-1313