UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    Dena Ann Krebs

                Debtor

Chapter 13

Bankruptcy No. 23-13872-PMM

ORDER DISMISSING CHAPTER 13 CASE

    AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

    IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE