United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 23-13872-pmm
Dena Ann Krebs  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3
Date Rcvd: Jan 16, 2025      Form ID: 155      Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol  Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Dena Ann Krebs, 20 Jade Dr, Lititz, PA 17543-8282 |
| 14843021 | | Borough of Lititz Tax Collections Department, 7 S Broad St, Lititz, PA 17543-1448 |
| 14843023 | | Fifth Third Bank, Attn: Bankruptcy Maildrop RCS83E 1830 E, Grand Rapids, MI 49546 |
| 14845073 | + | Lakeview Loan Servicing, LLC, C/O Michael Farrington, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14843036 | + | Warwick School District, 301 W Orange St, Lititz, PA 17543-1898 |
| 14843037 | | Warwick School District Tax Collector, Po Box 4333, Lancaster, PA 17604-4333 |
| 14843038 | | WellSpan Health, Attn: Patient Billing, Po Box 645734, Cincinnati, OH 45264-5734 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14843018 | | Email/Text: bncnotifications@pheaa.org | Jan 17 2025 00:17:00 | AES, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14843019 | | Email/Text: bncnotifications@pheaa.org | Jan 17 2025 00:17:00 | AES/PHEAA, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14843020 | | Email/Text: BarclaysBankDelaware@tsico.com | Jan 17 2025 00:17:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 14843022 | ^ | MEBN | Jan 17 2025 00:16:17 | Central Loan Admin & Reporting, Attn: Bankruptcy 194 Wood Ave South. Nin, Iselin, NJ 08830-2710 |
| 14843024 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 17 2025 00:18:00 | Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 14843025 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 17 2025 00:17:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14856533 | ^ | MEBN | Jan 17 2025 00:15:55 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14843026 | + | Email/Text: compliance@lctcb.org | Jan 17 2025 00:18:00 | Lancaster County Tax Collection Bureau, 1845 William Penn Way, Lancaster, PA 17601-4097 |
| 14843027 | | Email/Text: camanagement@mtb.com | Jan 17 2025 00:17:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 14852444 | | Email/PDF: bankruptcy_prod@navient.com | Jan 17 2025 00:25:52 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14843028 | | Email/PDF: bankruptcy_prod@navient.com | Jan 17 2025 00:25:39 | Navient, Attn: Bankruptcy, PO Box 9640, Wilkes-Barr, PA 18773-9640 |
| 14843029 | + | Email/PDF: bankruptcy_prod@navient.com | Jan 17 2025 00:25:41 | Navient, Attn: Bankruptcy, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 14843030 | | Email/Text: fesbank@attorneygeneral.gov | | |

Case 23-13872-pmm  Doc 58  Filed 01/18/25  Entered 01/19/25 00:35:35  Desc Imaged
Certificate of Notice  Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 16, 2025 | Form ID: 155 | Total Noticed: 28 |

| Recipient # | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|
| | | Jan 17 2025 00:17:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14859251 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 17 2025 00:25:48 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14843031 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 17 2025 00:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14843032 | ^ MEBN | Jan 17 2025 00:16:14 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14843033 | + Email/Text: bankruptcy@bbandt.com | Jan 17 2025 00:17:00 | Truist Bank, Attn: Bankruptcy, 214 N Tryon St, Charlotte, NC 28202-2374 |
| 14843721 | + Email/Text: bankruptcy@bbandt.com | Jan 17 2025 00:17:00 | Truist Bank, Attn: Support Services, PO Box 85092, Richmond, VA 23285-5092 |
| 14843034 | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 17 2025 00:18:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14843035 | ^ MEBN | Jan 17 2025 00:15:58 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14850306 | Email/Text: bankruptcynotification@wellspan.org | Jan 17 2025 00:17:00 | Wellspan Health, P O Box 15119, York, PA 17405-7119 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 18, 2025          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2025 at the address(es) listed below:

**Name**      **Email Address**

DENISE ELIZABETH CARLON
 on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com

MICHAEL A. CIBIK
 on behalf of Debtor Dena Ann Krebs help@cibiklaw.com
 noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

SCOTT F. WATERMAN [Chapter 13]
 ECFMail@ReadingCh13.com

United States Trustee

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Jan 16, 2025 | Form ID: 155 | Total Noticed: 28

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
    Dena Ann Krebs  )  Case No. 23−13872−pmm
      )
      )
    Debtor(s).  )  Chapter: 13
      )
      )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: January 16, 2025                                                       For The Court

                                                                                         Patricia M. Mayer
                                                                                         Judge, United States Bankruptcy Court