Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025  
**Chapter 13 Case No. 23-13872-PMM**

Dena Ann Krebs  
20 Jade Dr  
Lititz  PA    17543-8282

Petition Filed Date: 12/22/2023  
341 Hearing Date: 03/12/2024  
Confirmation Date: 01/16/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/22/2024 | $150.00 | | 09/23/2024 | $150.00 | | 10/22/2024 | $150.00 | |
| 11/22/2024 | $150.00 | | 12/26/2024 | $295.00 | | 01/23/2025 | $295.00 | |
| 02/25/2025 | $295.00 | | 03/24/2025 | $295.00 | | 04/23/2025 | $295.00 | |
| 05/22/2025 | $295.00 | | 06/24/2025 | $295.00 | | 07/22/2025 | $295.00 | |

**Total Receipts for the Period:  $2,960.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $4,305.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | TRUIST BANK - DDA RECOVERY<br>»»  001 | Unsecured Creditors | $1,315.71 | $0.00 | $1,315.71 |
| 2 | WELLSPAN<br>»»  002 | Unsecured Creditors | $505.40 | $0.00 | $505.40 |
| 3 | NAVIENT SOLUTIONS LLC<br>»»  003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | M&T BANK<br>»»  004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  005 | Unsecured Creditors | $8,903.78 | $0.00 | $8,903.78 |
| 0 | CIBIK LAW, PC | Attorney Fees | $3,735.00 | $3,676.88 | $58.12 |
| 6 | WARWICK SCHOOL DISTRICT | Priority Crediors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-13872-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,305.00 | Current Monthly Payment: | $295.00 |
| Paid to Claims: | $3,676.88 | Arrearages: | $0.00 |
| Paid to Trustee: | $349.35 | Total Plan Base: | $16,105.00 |
| Funds on Hand: | $278.77 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.