## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Dena Ann Krebs,<br><br>*Debtor.* | Case No. 23-13872-PMM<br>Chapter 13 |

## <u>MOTION TO SELL PROPERTY</u>

1. This motion is filed by Dena Ann Krebs, Debtor in the above captioned proceeding, to obtain this Court's permission for the sale of her real property.

2. This Court has exclusive jurisdiction over the property in question under 28 U.S.C. § 1334. This is a core matter.

3. The real property of the Debtor is located at 135 Washington Ave, Ephrata, PA, 17522. The debtor has entered into a property sales agreement with a sale price of $230,000.00 as set forth in Exhibit "A".

4. Said real estate is currently encumbered by a mortgage held by Lakeview Loan Servicing, LLC, whose proof of claim is attached as Exhibit "B", in the amount of approximately $98,620.00 as set forth in the payoff amount listed in the draft Seller's Estimated Net Sheet as Exhibit "C".

5. The net proceeds from the sale will be $101,259.00 as set forth on the draft Seller's Estimated Net Sheet, see Exhibit C.

6. Such a sale, which would realize the full value of the home, would not prejudice the rights of any party, as the mortgage holder and all other liens, assessments, etc., would be paid off in full, and the Debtor's confirmed plan is already a 100% plan.

WHEREFORE, the Debtor prays that this Court enter an Order permitting the sale of the Debtor's property, with the proceeds first being applied to payment of the outstanding mortgage, liens, assessments, etc., and the remaining portion paid to the sellers.

Date: August 6, 2026

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com