## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Dena Ann Krebs,<br><br>      *Debtor*. | Case No. 23-13872-PMM<br>Chapter 13 |

### **O R D E R**

**AND NOW,** this _____ day of _____, 2026, upon consideration of the Motion to Sell Property filed by the Debtor, upon notice to all interested parties, and any response thereto, it is hereby:

**ORDERED,** that the Debtor is authorized to sell her real property located at 135 Washington Ave, Ephrata, PA, 17522 ("Property"), with all liens to be paid at closing, for the sale price of $230,000.00, pursuant to the terms of a certain real estate agreement of sale dated July 12, 2026, to the buyer thereunder, Owen Herrnandez ("Buyer"), who has been represented to be purchasing the Property at arms-length.

The Debtor's confirmed plan is already a 100% plan, and the Debtor will continue to make her regular monthly payments to the Standing Chapter 13 Trustee's Office, according to the terms of her plan.

The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyer, shall be distributed in the following manner:

1. Ordinary and reasonable settlement costs, including, but not limited to those related to notary services, deed preparation, disbursements, express shipping, surveys, municipal certifications, or any other such routine matters.

2.      Liens paid at closing including any amounts outstanding on the mortgage.

3.      Real estate taxes, sewer, trash and/or other such items.

4.      Property repairs, if any.

5.      Real estate commission, at no greater than 6%.

6.      Real Estate Transfer Taxes.

7.      Attorneys' fees, if any.

8.      Any small (less than $300) allowances agreed to be made to Buyer to settle any

unforeseen dispute arising at settlement.

9.      Any other necessary expenses to allow the sale to close.

This Order is contingent upon the mortgage lien held by Lakeview Loan Servicing, LLC

(POC #4) or its assigns being paid in full at closing pursuant to a proper payoff quote obtained

prior to and good through the closing date; or any short payoff shall be approved by Lakeview

Loan Servicing, LLC; and the Debtor shall have ninety (90) days from entry of this Order to sell

the Property.

Any judgments and liens shall be paid at closing in amounts necessary to provide the

buyer with clear title.

Upon receipt of payment, any creditor(s), paid at closing shall withdraw or amend its

proof of claim within 30 days.

The balance of sales proceeds after all the above distributions shall be paid to the sellers.

This Order shall constitute an order permitting the Debtor(s) to make disbursements at or

immediately after settlement as provided herein above.

Per Bankruptcy Rule 6004(h), the 14-day stay as to effect of this Order is hereby waived.

BY THE COURT:

_____

Honorable Patricia M. Mayer
United States Bankruptcy Judge