DigiSign Verified - 54ec0cb6-07a2-4c6a-ae63-4b49ff2ea3f4

## SELLER'S ESTIMATED COSTS

**SEC**

This form recommended and approved for, but not restricted to use by, the members of the Pennsylvania Association of Realtors® (PAR).

**PROPERTY** 135 Washington Ave, Ephrata, PA 17522

**SELLER** Mark Kreb, Dena Kreb

**BUYER** Owen Hernandez

**SETTLEMENT DATE** _____ **PURCHASE PRICE $** 230,000.00

| | | |
|---|---|---|
| 1. Broker's Fee | $ | 495.00 |
| 2. Preparation of Deed | $ | 200.00 |
| 3. Transfer Tax | $ | 2,300.00 |
| 4. Seller Concession: Closing Costs Seller Assist | $ | 5,000.00 |
| 5. Seller Concession: Buyer Broker Fee Buyers Agent Fee | $ | 4,600.00 |
| 6. Home Warranty | $ | |
| 7. Municipal Certification(s) | $ | |
| 8. Certificate of Resale (Condominium/Homeowner's Association) | $ | |
| 9. Settlement Fee | $ | 400.00 |
| 10. Notary Fees | $ | 25.00 |
| 11. Survey | $ | |
| 12. On-lot Sewage System Pumping | $ | |
| 13. Property Repairs Inspection Repair Credit | $ | 5,000.00 |
| 14. Tax Certifications | $ | 50.00 |
| 15. Overnight/Express Mail Charges | $ | |
| 16. Domestic Lien Search | $ | 50.00 |
| 17. "Patriot Act" Search | $ | |
| 18. Other Listing Agent Fee | $ | 10,350.00 |
| 19. Other | $ | |
| **ESTIMATED COSTS (subtotal)** | $ | 28,470.00 |

**Adjustments** (+/-) (e.g., real estate taxes, association fees, utilities) Taxes   $ 1,651.00

**TOTAL ESTIMATED COSTS/ADJUSTMENTS** $ 30,121.00

Purchase Price   $ 230,000.00

Total Estimated Costs/Adjustments (from above)   $ 30,121.00

**ESTIMATED PROCEEDS (before loan payoffs)** $ 199,879.00

Seller's Estimate of Mortgages, Equity, and Other Loan Balances

(including prepayment penalties), liens, assessments, etc.   $ 98,620.00

**ESTIMATED NET PROCEEDS TO SELLER** $ 101,259.00

**The estimated proceeds do not take into account any other undisclosed mortgage obligations, liens, assessments, judgments or other obligations levied against the Property or Seller.**

**Seller understands that the estimated costs stated above are based on the best information available at signing and may be higher or lower at settlement.**

**Seller understands and has received a copy of these estimated closing costs before signing the Agreement of Sale.**

**SELLER** *Mark Krebs* **DATE** 07/27/2026

**SELLER** *Dena Kreb* **DATE** 07/28/2026

**SELLER** _____ **DATE** _____

**BROKER (Company Name)** Iron Valley Real Estate of Berks

**PROVIDED BY (Licensee)** *John Griffin* **DATE** 07/27/2026



Pennsylvania Association of Realtors®

COPYRIGHT PENNSYLVANIA ASSOCIATION OF REALTORS® 2024
rev. 8/24; rel. 8/24