**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| Dena Ann Krebs,<br><br>                          *Debtor*. | Case No. 23-13872-PMM<br>Chapter 13 |

**CERTIFICATION OF SERVICE**

I, Michael A. Cibik, certify that on August 6, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion to Sell Property, Proposed Order, Exhibit A, Exhibit B, and Exhibit C

- Notice of Motion to Sell Property Free and Clear of Liens

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: August 6, 2026

*/s/ Michael A. Cibik*
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Via CM/ECF:**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

**Scott F. Waterman**
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

**Lakeview Loan Servicing, LLC**
c/o M&T Bank
P.O. Box 840
Buffalo, NY 14240-0840

**Via First Class Mail:**

**Truist Bank**
Attn: Support Services
PO Box 85092
Richmond, VA 23286

**Wellspan Health**
P.O. Box 15119
York, PA 17405−7119

**Navient PC Trust**
C/O Navient Solutions, LLC.
PO BOX 9640
Wilkes-Barre, PA 18773-9640

**Portfolio Recovery Associates, LLC**
P.O. Box 41067
Norfolk, VA 23541