**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Dena Ann Krebs,<br><br>*Debtor*. | Case No. 23-13872-PMM<br>Chapter 13 |

**Certificate of No Answer, Objection, or Other Responsive Pleading**

I, Michael A. Cibik, Esquire, hereby certify that:

1. A true and correct copy of the Motion to Sell Property, Proposed Order, and Notice of Motion to Sell Property, was served to all interested parties via CM/ECF or via First Class Mail.

2. Pursuant to the notice filed with the motion, responses to the motion were to be filed and served on or before August 20, 2026.

3. That as of the date hereof, no answer, objection, or request for a hearing has been filed with the Clerk's Office or served on the undersigned.

**WHEREFORE**, the undersigned respectfully requests an Order be entered.

Date: August 21, 2026

/s/ Michael A. Cibik

Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com