Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Dena Ann Krebs
20 Jade Dr
Lititz, PA 17543-8282

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 23-13872-PMM**

Petition Filed Date: 12/22/2023
341 Hearing Date: 03/12/2024
Confirmation Date: 01/16/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/22/2025 | $295.00 | | 09/23/2025 | $295.00 | | 10/22/2025 | $295.00 | |
| 11/24/2025 | $295.00 | | 12/22/2025 | $295.00 | | 01/23/2026 | $295.00 | |
| 02/24/2026 | $295.00 | | 03/23/2026 | $295.00 | | 04/22/2026 | $295.00 | |
| 05/22/2026 | $295.00 | | 06/23/2026 | $295.00 | | 07/22/2026 | $295.00 | |

**Total Receipts for the Period: $3,540.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $7,845.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | TRUIST BANK - DDA RECOVERY<br>»» 001 | Unsecured Creditors | $1,315.71 | $395.27 | $920.44 |
| 2 | WELLSPAN HEALTH<br>»» 002 | Unsecured Creditors | $505.40 | $139.01 | $366.39 |
| 3 | NAVIENT SOLUTIONS LLC<br>»» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | M&T BANK<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $8,903.78 | $2,675.11 | $6,228.67 |
| 0 | CIBIK LAW, PC | Attorney Fees | $3,735.00 | $3,735.00 | $0.00 |
| 6 | WARWICK SCHOOL DISTRICT | Priority Crediors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-13872-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,845.00 | Current Monthly Payment: | $295.00 |
| Paid to Claims: | $6,944.39 | Arrearages: | $0.00 |
| Paid to Trustee: | $615.50 | Total Plan Base: | $16,105.00 |
| Funds on Hand: | $285.11 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.