Certificate Number: 16339-PAE-DE-041670553

Bankruptcy Case Number: 23-13872

16339-PAE-DE-041670553

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 12, 2026, at 2:52 o'clock PM EST, Dena Krebs completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: November 12, 2026

By: /s/Kris Krumal

Name: Kris Krumal

Title: Certified Financial Counselor