United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 23-13872-pmm
Dena Ann Krebs Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4 User: admin Page 1 of 3
Date Rcvd: Nov 13, 2026 Form ID: 138OBJ Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Dena Ann Krebs, 20 Jade Dr, Lititz, PA 17543-8282 |
| 14843021 | | Borough of Lititz Tax Collections Department, 7 S Broad St, Lititz, PA 17543-1448 |
| 14843023 | | Fifth Third Bank, Attn: Bankruptcy Maildrop RCS83E 1830 E, Grand Rapids, MI 49546 |
| 14845073 | + | Lakeview Loan Servicing, LLC, C/O Michael Farrington, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14843030 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14843036 | + | Warwick School District, 301 W Orange St, Lititz, PA 17543-1898 |
| 14843037 | | Warwick School District Tax Collector, Po Box 4333, Lancaster, PA 17604-4333 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Nov 13 2026 23:32:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 13 2026 23:32:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14843018 | | Email/Text: bncnotifications@pheaa.org | Nov 13 2026 23:32:00 | AES, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14843019 | | Email/Text: bncnotifications@pheaa.org | Nov 13 2026 23:32:00 | AES/PHEAA, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14843020 | | Email/Text: BarclaysBankDelaware@tsico.com | Nov 13 2026 23:32:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 14843022 | ^ | MEBN | Nov 13 2026 22:43:28 | Central Loan Admin & Reporting, Attn: Bankruptcy 194 Wood Ave South. Nin, Iselin, NJ 08830-2710 |
| 14843024 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 13 2026 23:32:00 | Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 14843025 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 13 2026 23:32:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14856533 | ^ | MEBN | Nov 13 2026 22:43:24 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14843026 | + | Email/Text: compliance@lctcb.org | Nov 13 2026 23:32:00 | Lancaster County Tax Collection Bureau, 1845 William Penn Way, Lancaster, PA 17601-4097 |
| 14843027 | | Email/Text: camanagement@mtb.com | Nov 13 2026 23:32:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 14852444 | | Email/PDF: Bankruptcy_Prod@mohela.com | Nov 13 2026 23:02:06 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |

| | | | | |
|---|---|---|---|---|
| 14843028 | | Email/PDF: Bankruptcy_Prod@mohela.com | Nov 13 2026 23:01:42 | Navient, Attn: Bankruptcy, PO Box 9640, Wilkes-Barr, PA 18773-9640 |
| 14843029 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Nov 13 2026 23:01:42 | Navient, Attn: Bankruptcy, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 14859251 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 13 2026 23:01:17 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14843031 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 13 2026 23:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14843032 | ^ | MEBN | Nov 13 2026 22:43:27 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14843033 | | Email/Text: bankruptcy@bbandt.com | Nov 13 2026 23:32:00 | Truist Bank, Attn: Bankruptcy, 214 N Tryon St, Charlotte, NC 28202-1078 |
| 14843721 | + | Email/Text: bankruptcy@bbandt.com | Nov 13 2026 23:32:00 | Truist Bank, Attn: Support Services, PO Box 85092, Richmond, VA 23285-5092 |
| 14843034 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 13 2026 23:32:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14843035 | ^ | MEBN | Nov 13 2026 22:43:25 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14843038 | | Email/Text: bankruptcynotification@wellspan.org | Nov 14 2026 07:06:00 | WellSpan Health, Attn: Patient Billing, Po Box 645734, Cincinnati, OH 45264-5734 |
| 14850306 | | Email/Text: bankruptcynotification@wellspan.org | Nov 14 2026 07:06:00 | Wellspan Health, P O Box 15119, York, PA 17405-7119 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MATTHEW K. FISSEL | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| MICHAEL A. CIBIK | |

on behalf of Debtor Dena Ann Krebs help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.co
m;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

***Form 138OBJ*** (6/24)−doc 76 − 70

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Dena Ann Krebs | ) | Case No. 23−13872−pmm |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed on or before **December 14, 2026** with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: November 13, 2026

For The Court

Mohung Wong
Clerk of Court